No. 10-7481. DeShawn Witcher, Petitioner v. John Prelesnik, Warden.

562 U.S. 1185, 131 S. Ct. 1009, 178 L. Ed. 2d 838, 2011 U.S. LEXIS 843.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-7482. Dennis Robert Smith, Petitioner v. Richard Bock, Warden, et al.

562 U.S. 1185, 131 S. Ct. 1009, 178 L. Ed. 2d 838, 2011 U.S. LEXIS 871.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7485. Kendrick Antonio Simpson, Petitioner v. Oklahoma.

562 U.S. 1185, 131 S. Ct. 1009, 178 L. Ed. 2d 838, 2011 U.S. LEXIS 712.

January 18, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

Same case below, 230 P.3d 888.

No. 10-7487. Charity Bailey, Petitioner v. Indiana.

562 U.S. 1185, 131 S. Ct. 1009, 178 L. Ed. 2d 838, 2011 U.S. LEXIS 789.

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, Second District, denied.

Same case below, 923 N.E.2d 434.

No. 10-7488. Naomi B. Knight, Petitioner v. UNUM Life Insurance Company of America.

562 U.S. 1185, 131 S. Ct. 1009, 178 L. Ed. 2d 838, 2011 U.S. LEXIS 851.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 364 Fed. Appx. 575.

No. 10-7490. Marty LeJeune, Petitioner v. Burl Cain, Warden.

562 U.S. 1185, 131 S. Ct. 1009, 178 L. Ed. 2d 838, 2011 U.S. LEXIS 785.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-7492. Margaret Jefferson, Petitioner v. Miller Brothers Ford, Inc., et al.

562 U.S. 1185, 131 S. Ct. 1010, 178 L. Ed. 2d 838, 2011 U.S. LEXIS 888,

January 18, 2011. Petition for writ of certiorari to the Circuit Court of Maryland, Baltimore County, denied.

No. 10-7495. George E. Diegner, Petitioner v. Steve Franke, Superintendent, Two Rivers Correctional Institution.

562 U.S. 1185, 131 S. Ct. 1010, 178 L. Ed. 2d 838, 2011 U.S. LEXIS 776.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 392 Fed. Appx. 554.